| | |
|---|---|
| MARTIN D. BERN (SBN 153203)<br>martin.bern@mto.com<br>MALCOLM A. HEINICKE (SBN 194174)<br>malcolm.heinicke@mto.com<br>AARON G. LEIDERMAN (SBN 262540)<br>aaron.leiderman@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br><br>Attorneys for Defendant<br>GUARDSMARK, LLC | NORMAN B. BLUMENTHAL (SBN 068687)<br>KYLE R. NORDREHAUG (SBN 205975)<br>APARAJIT BHOWMIK (SBN 248006)<br>PIPA MUKHERJEE (SBN 274217)<br>BLUMENTHAL, NORDREHAUG &<br>BHOWMIK<br>2255 Calle Clara<br>La Jolla, CA  92037<br>Telephone:     (858) 551-1223<br>Facsimile:     (858) 551-1232<br><br>Attorneys for Plaintiff<br>LAWRENCE L. HOULE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. HOULE,<br><br>        Plaintiff,<br><br>    vs.<br><br>GUARDSMARK, LLC, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendant. | CASE NO.  11-CV-02873 LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT**<br><br>Judge:   Honorable Lucy H. Koh<br>Date:    September 28, 2011<br>Time:   2:00 p.m. |

      Plaintiff Laurence L. Houle and Defendant Guardsmark, LLC respectfully submit that the parties have reached a settlement in this matter, which will provide for the dismissal of this matter with prejudice as to the claims of Plaintiff Houle.  The parties are finalizing a formal agreement and anticipate filing a proposed order of dismissal with prejudice within thirty (30) days.  As a result, the parties respectfully request that this Court continue the Case Management Conference to October 26, 2011 to allow this process to be completed without further burden on party and judicial resources.

- 1 -    STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT; Case No. 11-CV-02873 LHK

1     PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference is continued until October 26, 2011, and if the parties have not submitted a dismissal of this action by October 19, 2011, they shall submit a joint statement on the issue.

DATED: September 21, 2011      BLUMENTHAL, NORDREHAUG & BHOWMIK

By:    */s/ Kyle R. Nordrehaug*
        KYLE R. NORDREHAUG

Attorneys for Plaintiff
LAWRENCE L. HOULE

DATED: September 21, 2011      MUNGER, TOLLES & OLSON LLP

By:    */s/ Martin D. Bern*
        MARTIN D. BERN

Attorneys for Defendant
GUARDSMARK, LLC

**IT IS SO ORDERED.**

DATED: September 23, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE

- 2 - STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT; Case No. 11-CV-02873 LHK