| | |
|---|---|
| MARTIN D. BERN (SBN 153203) | NORMAN B. BLUMENTHAL (SBN 068687) |
| martin.bern@mto.com | KYLE R. NORDREHAUG (SBN 205975) |
| MALCOLM A. HEINICKE (SBN 194174) | APARAJIT BHOWMIK (SBN 248006) |
| malcolm.heinicke@mto.com | PIPA MUKHERJEE (SBN 274217) |
| AARON G. LEIDERMAN (SBN 262540) | BLUMENTHAL, NORDREHAUG & |
| aaron.leiderman@mto.com | BHOWMIK |
| MUNGER, TOLLES & OLSON LLP | 2255 Calle Clara |
| 560 Mission Street | La Jolla, CA 92037 |
| Twenty-Seventh Floor | Telephone: (858) 551-1223 |
| San Francisco, CA 94105-2907 | Facsimile: (858) 551-1232 |
| Telephone: (415) 512-4000 | |
| Facsimile: (415) 512-4077 | Attorneys for Plaintiff |
| | LAWRENCE L. HOULE |
| Attorneys for Defendant | |
| GUARDSMARK, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. HOULE, | CASE NO. 11-CV-02873 LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT** |
| vs. | |
| GUARDSMARK, LLC, a Delaware Corporation; and DOES 1 through 50, inclusive, | Judge:    Honorable Lucy H. Koh |
| | Date:     September 28, 2011 |
| Defendant. | Time:     2:00 p.m. |

Plaintiff Laurence L. Houle and Defendant Guardsmark, LLC respectfully submit that the parties have reached a settlement in this matter, which will provide for the dismissal of this matter with prejudice as to the claims of Plaintiff Houle.  The parties are finalizing a formal agreement and anticipate filing a proposed order of dismissal with prejudice within thirty (30) days.  As a result, the parties respectfully request that this Court continue the Case Management Conference to October 26, 2011 to allow this process to be completed without further burden on party and judicial resources.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference is continued until October 26, 2011, and if the parties have not submitted a dismissal of this action by October 19, 2011, they shall submit a joint statement on the issue.

DATED: September 21, 2011

BLUMENTHAL, NORDREHAUG & BHOWMIK

By: _____/s/ Kyle R. Nordrehaug_____
KYLE R. NORDREHAUG

Attorneys for Plaintiff
LAWRENCE L. HOULE

DATED: September 21, 2011

MUNGER, TOLLES & OLSON LLP

By: _____/s/ Martin D. Bern_____
MARTIN D. BERN

Attorneys for Defendant
GUARDSMARK, LLC

**IT IS SO ORDERED.**

DATED: September 23, 2011

_Lucy H. Koh_
The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE

- 2 -  STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT; Case No. 11-CV-02873 LHK