| | |
|---|---|
| MARTIN D. BERN (SBN 153203) <br> martin.bern@mto.com <br> MALCOLM A. HEINICKE (SBN 194174) <br> malcolm.heinicke@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street <br> Twenty-Seventh Floor <br> San Francisco, CA  94105-2907 <br> Telephone:     (415) 512-4000 <br> Facsimile:      (415) 512-4077 <br><br> Attorneys for Defendant <br> GUARDSMARK, LLC | NORMAN B. BLUMENTHAL (SBN 068687) <br> norm@bamlawlj.com <br> KYLE R. NORDREHAUG (SBN 205975) <br> kyle@bamlawlj.com <br> APARAJIT BHOWMIK (SBN 248006) <br> aj@bamlawlj.com <br> BLUMENTHAL, NORDREHAUG & BHOWMIK <br> 2255 Calle Clara <br> La Jolla, CA  92037 <br> Telephone:     (858) 551-1223 <br> Facsimile:      (858) 551-1232 <br><br> Attorneys for Plaintiff <br> LAWRENCE L. HOULE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. HOULE, <br><br> Plaintiff, <br><br> vs. <br><br> GUARDSMARK, LLC, a Delaware Corporation; and DOES 1 through 50, inclusive, <br><br> Defendant. | CASE NO.  11-CV-02873 LHK <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Judge:    Honorable Lucy H. Koh |

1  WHEREAS, Plaintiff filed this action alleging various employment claims against Defendant Guardsmark, LLC ("Guardsmark");

WHEREAS, the parties have agreed to the dismissal of this action with prejudice pursuant to an agreement negotiated by counsel for both parties;

WHEREAS, the parties through their counsel of record hereby stipulate to the dismissal of this action in its entirety with prejudice, and this agreement and the associated entry of the requested dismissal will result in the termination of this case;

IT IS HEREBY STIPULATED pursuant to FRCP 41(a) that this case shall be and hereby is dismissed with prejudice as to Plaintiff.

A proposed Order to this effect has been lodged separately, and the parties jointly and respectfully request that it be entered.

DATED:  October 21, 2011          BLUMENTHAL, NORDREHAUG & BHOWMIK


By:     */s/ Kyle Nordrehaug*
             KYLE NORDREHAUG

Attorney for Plaintiff
LAWRENCE L. HOULE

DATED:  October 21, 2011          MUNGER, TOLLES & OLSON LLP


By:     */s/ Martin Bern*
             MARTIN D. BERN

Attorneys for Defendant
GUARDSMARK, LLC

15085661.1

STIPULATION OF DISMISSAL
WITH PREJUDICE
CASE NO..  11-CV-02873 LHK

1
2
3
4
5
6
7
8
9  UNITED STATES DISTRICT COURT
10  NORTHERN DISTRICT OF CALIFORNIA
11

12 | LAWRENCE L. HOULE,

13 |         Plaintiff,

14 |         vs.

15 | GUARDSMARK, LLC, a Delaware Corporation; and DOES 1 through 50, inclusive,

17 |         Defendant.

CASE NO. 11-CV-02873 LHK

[PROPOSED] **ORDER GRANTING DISMISSAL WITH PREJUDICE**

Judge:    Honorable Lucy H. Koh

18
19
20
21
22
23
24
25
26
27
28

15085669.1

[PROPOSED] ORDER GRANTING DISMISSAL
WITH PREJUDICE
CASE NO. 11-CV-02873 LHK

1  IT IS HEREBY ORDERED that pursuant to the stipulation of the
2  parties and Federal Rule of Civil Procedure 41(a), this case is hereby dismissed with prejudice
3  with respect to Plaintiff's individual claims, and this action is now terminated and closed.

Dated: October 24, 2011        By: *Lucy H. Koh*
                                    HONORABLE LUCY H. KOH
                                    UNITED STATES DISTRICT JUDGE