MARTIN D. BERN (SBN 153203)
martin.bern@mto.com
MALCOLM A. HEINICKE (SBN 194174)
malcolm.heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendant
GUARDSMARK, LLC

NORMAN B. BLUMENTHAL (SBN 068687)
norm@bamlawlj.com
KYLE R. NORDREHAUG (SBN 205975)
kyle@bamlawlj.com
APARAJIT BHOWMIK (SBN 248006)
aj@bamlawlj.com
BLUMENTHAL, NORDREHAUG &
BHOWMIK
2255 Calle Clara
La Jolla, CA  92037
Telephone:    (858) 551-1223
Facsimile:    (858) 551-1232

Attorneys for Plaintiff
LAWRENCE L. HOULE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. HOULE,<br><br>            Plaintiff,<br><br>    vs.<br><br>GUARDSMARK, LLC, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>            Defendant. | CASE NO.  11-CV-02873 LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:    Honorable Lucy H. Koh |

15085661.1

STIPULATION OF DISMISSAL
WITH PREJUDICE
CASE NO..  11-CV-02873 LHK

1  WHEREAS, Plaintiff filed this action alleging various employment claims against
2  Defendant Guardsmark, LLC ("Guardsmark");
3  WHEREAS, the parties have agreed to the dismissal of this action with prejudice
4  pursuant to an agreement negotiated by counsel for both parties;
5  WHEREAS, the parties through their counsel of record hereby stipulate to the
6  dismissal of this action in its entirety with prejudice, and this agreement and the associated entry
7  of the requested dismissal will result in the termination of this case;
8  IT IS HEREBY STIPULATED pursuant to FRCP 41(a) that this case shall be and
9  hereby is dismissed with prejudice as to Plaintiff.
10  A proposed Order to this effect has been lodged separately, and the parties jointly
11  and respectfully request that it be entered.

DATED: October 21, 2011          BLUMENTHAL, NORDREHAUG & BHOWMIK

By:  */s/ Kyle Nordrehaug*
              KYLE NORDREHAUG

Attorney for Plaintiff
LAWRENCE L. HOULE

DATED: October 21, 2011          MUNGER, TOLLES & OLSON LLP

By:  */s/ Martin Bern*
              MARTIN D. BERN

Attorneys for Defendant
GUARDSMARK, LLC

15085661.1

STIPULATION OF DISMISSAL
WITH PREJUDICE
CASE NO.. 11-CV-02873 LHK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. HOULE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GUARDSMARK, LLC, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | CASE NO.  11-CV-02873 LHK<br><br>[PROPOSED] **ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Judge:　Honorable Lucy H. Koh |

1  IT IS HEREBY ORDERED that pursuant to the stipulation of the
2 parties and Federal Rule of Civil Procedure 41(a), this case is hereby dismissed with prejudice
3 with respect to Plaintiff's individual claims, and this action is now terminated and closed.

Dated: October 24, 2011     By: *Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE